# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> LIUHUANGUANGSHIDEDIAN, et al., <br><br> Defendants. | Case No. 23-cv-00994 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Young B. Kim** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Christian Dior Couture, S.A. ("Dior"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the Defendants remaining in this case.[1] In support of this Motion, Dior submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 18th day of April 2023.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as **Exhibit 1**.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A*